IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE HARRIS, | : |
| Plaintiff, | : |
| v. | : No. 04-10007RWZ |
| GENERAL MOTORS CORPORATION, | : |
| Defendant. | : |

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

It is stipulated by and between the Plaintiff, Catherine Harris and Defendant, General Motors Corporation ("General Motors"), that the time within which the Defendant, General Motors, may answer or otherwise respond and/or plead to the Complaint or make appropriate motions permitted by the Federal Rules of Civil Procedure, is extended to and including February 9, 2004.

Dated: January 12, 2004

Peter J. Black, Esquire / DBH by permission
BBO No. 044407
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA  02108-1922

Counsel for Plaintiff
Catherine Harris

Dated: January 12, 2004

David B. Hobbie, Esquire
BBO No. 637107
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA  02110-2602

Counsel for Defendant
General Motors Corporation

{K0273940.1}

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation For Extension of Time to Respond to Plaintiff's Complaint, was served by First Class United States Mail, postage prepaid, this 12th day of January, 2004, as follows:

>Peter J. Black, Esquire
>Meehan, Boyle, Black & Fitzgerald, P.C.
>Two Center Plaza, Suite 600
>Boston, MA  02108-1922

/s/ David Hobbie
David Hobbie, Esquire
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA  02110-2602

Attorneys for Defendant
General Motors Corporation

{K0273940.1}                          2