IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CATHERINE HARRIS,

    Plaintiff,

v.

No. 04-10007RWZ

GENERAL MOTORS CORPORATION,

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE OF THOMAS J. SWEENEY, JR., ESQUIRE AND MELISSA LIGHTCAP CIANFRINI, ESQUIRE

I, David B. Hobbie, a member in good standing of the Bar of the Commonwealth of Massachusetts, hereby move that Thomas J. Sweeney, Jr., Esquire and Melissa Lightcap Cianfrini, Esquire, be granted leave to practice *Pro Hac Vice* as attorneys representing Defendant General Motors Corporation before this Court in the above-captioned matter. As stated in their Certificates, filed contemporaneously herewith, Attorney Sweeney is a member in good standing of the state bar of Pennsylvania and Attorney Lightcap Cianfrini is a member in good standing of the state bars of Pennsylvania and West Virginia. There are no disciplinary proceedings pending against either Attorney Sweeney or Attorney Lightcap Cianfrini as a member of the bar of any jurisdiction, and Attorney Sweeney and Attorney Lightcap Cianfrini are familiar with the Local Rules of the United States District Court for the District of Massachusetts. Furthermore, they are both familiar with the issues involved in the above-captioned action. I intend to remain in this case and by this application do not seek to withdraw.

For the foregoing reasons, I, David B. Hobbie, hereby request this Court to approve the admission of Thomas J. Sweeney, Jr. and Melissa Lightcap Cianfrini to practice *Pro Hac Vice* before this Court as attorney on behalf of Defendant General Motors Corporation.

        Respectfully submitted,

        GENERAL MOTORS CORPORATION

        By its attorney,

        */s/ David Hobbie*
        David Hobbie, B.B.O. 637107

        Eckert Seamans Cherin & Mellott, LLC
        One International Place, 18th Floor
        Boston, MA  02110-2602
        Telephone: (617) 342-6826
        Facsimile: (617) 342-6899

Dated: January 12, 2004

## CERTIFICATE OF SERVICE

I David B Hobbie, Esq., hereby certify that on this ___12th___ day of January, 2004, I caused to be served a copy of the foregoing document upon the following counsel and/or parties of record via First Class United States Mail, postage prepaid, unless otherwise noted, directed to:

Peter J. Black, Esquire
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza, Suite 600
Boston, MA  02108-1922

_____
David Hobbie, Esquire

Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA  02110-2602

Attorneys for Defendant
General Motors Corporation