UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10007-RWZ

CATHERINE HARRIS

v.

GENERAL MOTORS CORPORATION

SCHEDULING ORDER

March 17, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Peter J. Black having appeared as counsel for plaintiff, Catherine Harris; and Melissa Lightcap Cianfrini having appeared as counsel for defendant, General Motors Corporation, the following action was taken:

1. The parties agreed to complete forthwith the exchange of automatic disclosures, and during the next three months, conduct such discovery as they need for meaningful settlement discussions.

2. Counsel shall report the status of settlement negotiations on or before June 30, 2004.

3. If the case is not then settled, the following schedule shall govern discovery:

   a) all fact discovery shall be completed by September 30, 2004;

   b) Plaintiff shall provide her expert report by October 29, 2004;

   c) Defendant shall provide its expert report by November 29, 2004;

      d)      All expert discovery shall be completed by December 31, 2004.

4.      A pretrial conference is scheduled on January 12, 2005 at 2 p.m.

|  |  |
|---|---|
| _____ | /s/ Rya w. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |