UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| CATHERINE HARRIS,<br><br>                        Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>                        Defendant. | CIVIL ACTION NO: 04-10007RWZ |
|---|---|

## PLAINTIFF'S CERTIFICATION PURSUANT TO LR 16.1

The undersigned and counsel for the plaintiff, hereby certify that they have conferred regarding the following: (a) with a view to establishing a budget for the costs of conducting the litigation in this matter through trial, as well as the costs of conducting the litigation through alternative courses such as alternative dispute resolution; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Counsel for the Plaintiff,

_____
Peter J. Black, BBO No. 044407
Meehan, Boyle, Black & Fitzgerald, P.C.
Two Center Plaza - Suite 600
Boston, MA 02108
(617) 523-8300

By: _____
    Catherine Harris

## CERTIFICATE OF SERVICE

I, Peter J. Black, hereby certify that on the __16__ day of March, 2004, I gave notice of the foregoing Certification Pursuant to Local Rule 16.1 by mailing an exact copy thereof, postage prepaid, to all counsel of record.

_____
Peter J. Black

# MEEHAN, BOYLE, BLACK & FITZGERALD, P.C.

COUNSELLORS AT LAW

TWO CENTER PLAZA

SUITE 600

BOSTON, MASSACHUSETTS 02108-1922

www.MBBF.com

LEO V. BOYLE
PETER J. BLACK
WARREN F. FITZGERALD
JOHN CARROLL
MICHAEL B. BOGDANOW
KAREN R. RISTUBEN
SHERRY YEE MULLOY
BRADLEY M. HENRY
PETER J. AINSWORTH

TELEPHONE
(617) 523-8300

FACSIMILE
(617) 523-0525

INFO@MBBF.COM

Direct FAX No.: (617) 523-0455

March 16, 2004

**VIA HAND DELIVERY**

Civil Clerk's Office
United States District Court
United States Courthouse
1 Courthouse Way
Fan Pier
Boston, MA 02210

RE:  **Harris v. General Motors Corporation**

Dear Sir or Madam:

Enclosed for filing please find the Plaintiffs' Certification Pursuant to LR 16.1.

Kindly docket and file same.

Sincerely,

Lisa J. Tedisky
Assistant to Peter J. Black

Enclosure
cc: David Hobbie, Esq.

@PFDesktop\::ODMA/MHODMA/IMANAGE;BOSLIB;100709;1