

**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

TEL 412 566 6000
FAX 412 566 6099
www.eckertseamans.com

Thomas J. Sweeney
412.566.6968
tsweeney@eckertseamans.com

June 30, 2004

Honorable Rya W. Zobel
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse; 5th floor
1 Courthouse Way
Boston, MA 02210

Dear Judge Zobel:

This letter is being submitted on behalf of both parties in response to your request for a status report on settlement discussions as of today's date. We completed the depositions of Jennifer Harris (driver) and Catherine Harris (plaintiff) yesterday in Boston. Based on the information developed in these depositions, counsel for General Motors requires additional time to have the facts and technical issues examined by expert witnesses – most likely in the areas of biomechanics, injury causation, and restraint system design. Although Plaintiff's counsel has made a demand that he has indicated is negotiable, counsel for General Motors is not in a position to make a recommendation to his client concerning an appropriate value for this case for settlement purposes until this technical analysis has been completed. The parties suggest that a second status report be submitted to the Court in 90 days or at some time that suites the convenience of the Court.

_____
Thomas J. Sweeney
Counsel for General Motors Corporation

_____
Peter J. Black     by
Counsel for Catherine Harris   w/c authority 30 June 04

2004 JUN 30 P 5: 29

# ECKERT SEAMANS CHERIN & MELLOTT, LLC

One International Place
18th Floor
Boston, MA 02110
Telephone: 617.342.6800
Facsimile: 617.342.6899
www.escm.com

Boston

Haddonfield, NJ

Harrisburg

Morgantown, WV

Philadelphia

Pittsburgh

Washington, D.C.

June 30, 2004

**Via Facsimile and Hand Delivery**

Lisa Urso, Clerk for the Honorable Rya Zobel
United States District Court For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:   Catherine Harris v. General Motors Corporation
      United States District Court for the District of Massachusetts
      <u>Civil Action No. 04-10007RWZ</u>

Dear Ms. Urso:

Enclosed please find a copy of the joint status letter regarding settlement discussions in the above-referenced matter. An original will be delivered to the Courthouse forthwith.

Thank you for your attention in this matter.

Very truly yours,

David B. Hobbie

*BWE/mhm*
*Enclosure*

cc:   *Melissa Lightcap Cianfrini, Esq. (with enclosure)*
      *Peter Black, Esq. (with enclosure)*

ECKERT SEAMANS
ATTORNEYS AT LAW

{K0277447.1}
David B. Hobbie, Esq.
617-342-6826
dhobbie@eckertseamans.com