UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE HARRIS<br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION<br>    Defendant. | CIVIL ACTION<br>NO: 04-10007RWZ |

**JOINT MOTION OF THE PARTIES TO EXTEND FACT DISCOVERY 90 DAYS**

    The parties, by their attorneys, respectfully request that the Court enlarge the time by which they must complete factual discovery 90 days from September 30, 2004, the date presently set for completion of factual discovery and to likewise extend the remaining dates set by the Court in its initial schedule for this case by a like period.  In support of this motion, the parties state the following:

    1.  The parties have been actively and cooperatively working on completing fact discovery in this product liability case but have been unable to accomplish that task within the time set by the Court.  The additional time will allow the following to be undertaken:

        a)  The deposition of a fact witness, a minor brother of the Plaintiff, who lives in the Orlando area of Florida, an area that has been significantly effected by the recent adverse weather;

        b)  Completion of Document production by the Defendant.  While GM has provided a significant number of documents, the additional time will allow it to search for and produce, if located, additional documents requested by the Plaintiff;

        c)  Defendant's inspection of the accident vehicle, which the parties have been trying to schedule for sometime but have been unable to due to scheduling conflicts.  It is

believed that this inspection can be accomplished in the near future;

d) The deposition of the Defendant and/or the depositions of employees of the Defendant, upon completion of the Defendant's document production;

e) The Defendant has propounded written discovery to the Plaintiff and the Plaintiff has requested and Defendant has granted a 30-day extension to respond to Defendant's discovery.

f) The completion of any additional factual discovery that may be needed and is recognized by the parties as a result of the above noted activities.

2. This motion should not significantly adversely effect the trial of this matter as a trial date has not been set.

3. The Parties believe that no material prejudice will inure to either by the granting of this motion as the additional time is needed to adequately prepare this case for resolution.

WHEREFORE, the parties respectfully request that this Court allow their motion.

Respectfully submitted,

| Defendant | Plaintiff |
|---|---|
| By its attorneys, (with assent) | By her attorneys (signed) |
|   |   |
| _____/S/ (PJB)_____ | _____/S/_____ |
| Melissa L. Cianfrini, Penn. I.D. No. 84787 | Peter J. Black, BBO # 044407 |
| Eckert Seamans Cherin & Mellott, LLC | MEEHAN, BOYLE, BLACK & FITZGERALD, P.C. |
| 600 Grant Street, 44th Floor | Two Center Plaza, Suite 600 |
| Pittsburgh, PA 15219 | Boston, MA 02108 |
| (412)566.5966 | (617) 523-8300 |

**CERTIFICATE OF SERVICE**

I, Peter J. Black, hereby certify that on this 17th day of September 2004, I served the foregoing Parties' Motion to Extend Discovery by mailing an exact copy, postage prepaid to all counsel of record.

_____/S/_____
Peter J. Black