IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CATHERINE HARRIS,               :
                                :
        Plaintiff,               :
                                :    No. 04-10007RWZ
v.                              :
                                :
GENERAL MOTORS CORPORATION,     :
                                :
        Defendant.               :

## GENERAL MOTORS CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL

Defendant, General Motors Corporation, by and through its counsel, hereby notifies the Court that Melissa Lightcap Cianfrini of Eckert Seamans Cherin & Mellott, LLC, is withdrawing her appearance as counsel for defendant.

Thomas J. Sweeney, Jr. and David B. Hobbie will continue to serve as counsel of record for defendant.

Respectfully submitted,

*/s/ Melissa L. Cianfrini*
Melissa Lightcap Cianfrini
Pa. I.D. No. 84787
Thomas J. Sweeney, Jr.
Pa. I.D. No. 34615

Eckert Seamans Cherin & Mellott, LLC
Pa. Firm No. 075
44th Floor, 600 Grant Street
Pittsburgh, PA  15219
Telephone:  (412) 566-5966
Fax: (412) 566-6099

David Hobbie, Esquire
B.B.O. # 637107

                                      Eckert Seamans Cherin & Mellott, LLC
                                      One International Place, 18th Floor
                                      Boston, MA 02110-2602
                                      Telephone: (617) 342-6800
                                      Fax: (617) 342-6899

                                      Attorneys for Defendant
                                      General Motors Corporation

Dated: November 5, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Notice of Withdrawal of Counsel, was served by First Class United States Mail, postage prepaid, this 5th day of November, 2004, as follows:

>Peter J. Black, Esquire
>Meehan, Boyle, Black & Fitzgerald, P.C.
>Two Center Plaza, Suite 600
>Boston, MA  02108-1922

*Melissa L. Cianfrini*
Melissa Lightcap Cianfrini, Esquire