## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

CATHERINE HARRIS,
    Plaintiff,

v.                                                    CIVIL ACTION NO:  04-10007RWZ

GENERAL MOTORS CORPORATION,
    Defendant.

## JOINT MOTION OF THE PARTIES TO CONTINUE
## PRETRIAL CONFERENCE

The pretrial conference in this case is presently scheduled for April 12, 2005. The parties respectfully request that the Court continue the Pretrial Conference 60 days or until June 13, 2005.

As grounds for this motion, the parties state that they are presently engaged in settlement discussions and, while the outcome of those discussions cannot be guaranteed, it appears that settlement is a realistic possibility.  The additional time will not only allow these discussions to reach a conclusion, it will obviate the need for both parties to incur additional, substantial, expenses which in turn will help to maximize the chances of a resolution of the case without the need of a trial.  Further, as there presently is no trial date scheduled, allowance of this motion will not prejudice either party.

WHEREFORE, the parties ask that this Honorable Court continue the Pretrial Conference until June 13, 2005 or a date thereafter that suits the convenience of the Court.

| The Plaintiff, | The Defendant |
|---|---|
| By her Counsel, | By its Counsel, |

_____/S/_____          _____/S/ (PJB)_____
Peter J. Black, BBO #044407          Thomas Sweeney, Penn. #

Meehan, Boyle, Black & Fitzgerald, P.C.          Eckert Seamans Cherin & Mellott, LLC
Two Center Plaza, Suite 600          600 Grant Street, 44th Floor
Boston, MA  02108          Pittsburgh, PA  15219
617-523-8300          (412)566.5966

Dated: 03/16/05

## CERTIFICATE OF SERVICE

I, Peter J. Black, hereby certify that on this the 16th day of March,  2005, I served the foregoing Parties' Joint Motion to Continue the Pretrial Conference, by mailing an exact copy, postage prepaid to all counsel of record.

_____/S/_____ _____
Peter J. Black